**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JHONATHAN CABRERA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), et al.,<br><br>　　　　　Defendants. | Civil Action No. 25-126 (SDW)<br><br>**WHEREAS OPINION & ORDER**<br><br>August 19, 2025 |

　　　**THIS MATTER** having come before this Court upon *pro se* Plaintiff Jhonathan Cabrera's ("Plaintiff") Motion for Default Judgment (D.E. 12), and this Court having reviewed the parties' submissions; and

　　　**WHEREAS** Plaintiff has not obtained an entry of default from the Clerk of Court pursuant to Federal Rule of Civil Procedure 55(a); and

　　　**WHEREAS** entry of default and default judgment are improper without a showing that service of process was properly effectuated. *See Knights Franchise Sys., Inc. v. Forward Hotels & Dev., LLC*, Civ. No. 17-2789, 2019 WL 2636070, at *2 (D.N.J. June 27, 2019) ("Rule 55 of the Federal Rules of Civil Procedure permits a court to enter a default judgment against a *properly served* defendant who fails to respond.") (emphasis added); and

　　　**WHEREAS** service upon the United States and its agencies pursuant to Federal Rule of Civil Procedure 4(i) requires that Plaintiff, *inter alia*, "deliver a copy of the summons and of the

complaint to the United States attorney for the district where the action is brought[.]" Fed. R. Civ. P. 4(i)(1)(A)(i); (2); and

**WHEREAS** Defendants have correctly asserted in their response letter (D.E. 17) that Plaintiff's affidavits of service (D.E. 12-1; 12-2; 12-3; 13) do not indicate that he ever delivered by certified mail a copy of the summons and complaint to the Civil Division of the United States Attorney's Office for the District of New Jersey; therefore

Plaintiff's Motion for Default Judgment is **DENIED**. Plaintiff shall send by certified mail a copy of the summons and complaint to the U.S. Attorney's Office in this District as contemplated by the Federal Rules of Civil Procedure within thirty (30) days.

                                                                           */s/ Susan D. Wigenton*
                                                        **SUSAN D. WIGENTON, U.S.D.J.**

| | |
|---|---|
| Orig: | Clerk |
| cc: | Parties |